# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRANCE STEELE, | ) | NO. CV 10-04782-VBF |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KELLY HARRINGTON (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Minute Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED: September 25, 2013

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE